**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1537**

———————

WILLIAM WAYNE COONTS,

> Plaintiff - Appellant,

> v.

RANDOLPH COUNTY COMMISSION; RANDLOPH COUNTY PROSECUTORS'
OFFICE; PHILLIP ISNER; PHILIP RIGGLEMAN, In His Individual
Capacity; THERESA COGAR, In Her Individual Capacity; RICHARD
WALLACE SHRYOCK, JR., In His Individual Capacity,

> Defendants - Appellees,

> and

RANDOLPH COUNTY CIRCUIT COURT JUDGE; DEPARTMENT OF HEALTH
AND HUMAN RESOURCES,

> Defendants.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  John Preston Bailey,
District Judge. (2:15-cv-00021-JPB-MJA)

———————

Submitted:  November 22, 2016      Decided:  November 29, 2016

———————

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William Wayne Coonts, Appellant Pro Se.  Robert Clee Chenoweth, Peter G. Zurbuch, BUSCH, ZURBUCH & THOMPSON, PLLC, Elkins, West Virginia; David K. Hendrickson, HENDRICKSON & LONG, PLLC, Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Wayne Coonts appeals the district court's order granting the Defendants' motions to dismiss Coonts' civil action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Coonts' informal brief does not challenge the district court's dispositive analysis, Coonts has waived appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3